UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIBERTY AT MAYFIELD COMMUNITY ) <br> ASSOCIATION; ALESSI & KOENIG, LLC, ) <br> ) <br> Defendants. ) | Case No. 2:13-cv-02033-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on the status of the stay and completion of the settlement agreement. The Court was advised by counsel that the stipulation and order of dismissal should be filed within two weeks of the status conference held on September 4, 2014. To date, the parties have not filed dismissal papers. Accordingly,

**IT IS HEREBY ORDERED** that the stay is lifted and the joint pretrial order or stipulation of dismissal is due no later than **September 29, 2014**.

**IT IS FURTHER ORDERED** that a telephonic status conference is scheduled for **Monday, September 29, 2014 at 10:30 a.m.** in Courtroom 3A. The parties are instructed to call telephone number: **(702) 868-4910, access code 123456,** five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is **prohibited**. *The call must be made using a land line.*

DATED this 19th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge