# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITIMORTGAGE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIBERTY AT MAYFIELD COMMUNITY ) <br> ASSOCIATION; ALESSI & KOENIG, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:13-cv-02033-GMN-GWF <br><br> **ORDER** |

On July 1, 2014, the parties submitted a Stipulation and Order to Stay and Hold Case in Abeyance Pending Performance Under the Settlement Agreement (#27) in which they represented that they had reached a tentative settlement agreement and requested that this action be stayed so that the settlement agreement could be finalized. On July 2, 2014, the Court granted a 30 day stay of the discovery plan and scheduling order to allow the parties to finalize the settlement. The Court subsequently held status conferences in this case on August 4, 2014, September 4, 2014, and September 29, 2014. Although the Court has been repeatedly assured that the parties have reached a settlement and were waiting only for the Plaintiff's officer to approve the written settlement agreement and order of dismissal, to date no confirmation of the settlement agreement has been provided to the Court. The Court lifted the stay in this matter on September 19, 2014 (#31). Accordingly,

**IT IS HEREBY ORDERED** that the deadline to file dispositive motions is **November 17, 2014.**

. . .

. . .

. . .

1   **IT IS FURTHER ORDERED** that the deadline to file the Joint Pretrial Order is
2   **December 17, 2014.** In the event dispositive motions are filed, the date for filing the joint pretrial
3   order shall be suspended until 30 days after a decision of the dispositive motions.
4   DATED this 16th day of October, 2014.

```
                                         _____
                                         GEORGE FOLEY, JR.
                                         United States Magistrate Judge
```