# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CITIMORTGAGE, INC., | ) | |
| Plaintiff, | ) ) | Case No. 2:13-cv-02033-GMN-GWF |
| vs. | ) ) | **ORDER** |
| LIBERTY AT MAYFIELD COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Notice of Settlement (#47) filed March 31, 2015, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement.  To date the parties have not filed dismissal papers.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report  by **July 6, 2015** advising the Court of the status of the settlement.

DATED this 24th day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge