1 **SAO**
 LAUREL I. HANDLEY (NV Bar # 9576)
2 ANTHONY R. SASSI (NV Bar # 12486)
 **ALDRIDGE PITE, LLP**
3 520 South 4th Street, Suite 360
 Las Vegas, Nevada 89101
4 Telephone: (858) 750-7600
 Facsimile: (702) 685-6342
5 E-mail: asassi@aldridgepite.com

6 Attorneys for Plaintiff, CITIMORTGAGE, INC.

7

8 **UNITED STATES DISTRICT COURT**

9 **STATE OF NEVADA**

| | |
|---|---|
| 10 CITIMORTGAGE, INC., | Case No.: 2:13-cv-02033-GMN-GWF |
| 11            Plaintiff, | **STIPULATION AND ORDER TO DISMISS CASE AND RELEASE LIS PENDENS** |
| 12     v. | |
| 13 LIBERTY AT MATFIELD COMMUNITY ASSOCIATION; ALESSI & KOENIG, LLC; | |
| 14 and DOES 1 through 20, inclusive, | |
| 15          Defendants. | |
| 16 | |
| 17 | |

18       Plaintiff, CITIMORTGAGE, INC. ("Plaintiff"), by and through its counsel of record,

19 LAUREL I. HANDLEY, ESQ., and ANTHONY R. SASSI, ESQ., of ALDRIDGE PITE, LLP,

20 and Defendants, LIBERTY AT MAYFIELD COMMUNITY ASSOCIATION, and ALESSI &

21 KOENIG (collectively "Defendants"), by and through their counsel of record, HUONG LAM,

22 ESQ., of the ALESSI & KOENIG, and hereby stipulate and agree as follows:

23       **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that any and

24 all claims raised in the above-entitled action by Plaintiff and against Defendants shall be

25 dismissed with prejudice.

26       **IT IS FURTHER STIPULATED BY AND BETWEEN THE PARTIES** that the Lis

27 Pendens recorded on November 6, 2013 as Instrument Number 201311060001274 in the Clark

28

1  County Recorders Office against 4420 Silver Magic Court, Las Vegas, Nevada 89129 (APN No.

2  138-03-312-036) shall be released.

3    **IT IS FURTHER STIPULATED BY AND BETWEEN THE PARTIES** that each

4  party shall bear its own attorney's fees and costs as against each other.

5  DATED this __1st__ day of July, 2015.     DATED this __1__ day of July, 2015.

6  ALDRIDGE PITE, LLP       ALESSI & KOENIG

7

8  LAUREL I. HANDLEY       HUONG LAM, ESQ.
 ANTHONY R. SASSI        *Attorney for Defendants*
 *Attorneys for Plaintiff*       ALESSI & KOENIG and

9  *CITIMORTGAGE, INC.*        *LIBERTY AT MAYFIELD COMMUNITY*
                 *ASSOCIATION*

10

11

           **ORDER**

12    Based upon the forgoing stipulation of the parties,

13

14    **IT IS HEREBY ORDERED** any and all claims raised in the above-entitled action by

 Plaintiff and against Defendants shall be dismissed with prejudice.

15

16    **IT IS FURTHER ORDERED** that the Lis Pendens recorded on November 6, 2013 as

 Instrument Number 201311060001274 in the Clark County Recorders Office against 4420 Silver

17  Magic Court, Las Vegas, Nevada 89129 (APN No. 138-03-312-036) shall be released.

18    **IT IS FURTHER ORDERED** that each party shall bear its own attorney's fees and

19  costs as against each other.

20    **DATED** this 6th day of July, 2015.

21

22

23              Gloria M. Navarro, Chief Judge
              United States District Court

24  Respectfully submitted by:

25  ALDRIDGE PITE, LLP

26

27  LAUREL I. HANDLEY
 ANTHONY R. SASSI
 *Attorneys for Plaintiff*

28  *CITIMORTGAGE, INC.*

STIPULATION AND ORDER